UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
GEORGE YOUNAN,                    )
                                  )    1:11-CV-01665-AWI-DLB
                                  )
              Plaintiff,          )
                                  )
     v.                           )    ORDER DISMISSING ACTION
                                  )
ABSOLUTE COLLECTIONS CORP.,       )
                                  )
                                  )
              Defendant.          )
                                  )
                                  )
```

Pursuant to the notice of voluntary dismissal filed December 27, 2011 pursuant to FRCvP 41(a)(1)(A)(i),

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

Dated:     December 28, 2011        
                                        CHIEF UNITED STATES DISTRICT JUDGE

1