UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE YOUNAN,<br><br>             Plaintiff,<br><br>        v.<br><br>ABSOLUTE COLLECTIONS CORP.,<br><br>             Defendant. | 1:11-CV-01665-AWI-DLB<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the notice of voluntary dismissal filed December 27, 2011 pursuant to FRCvP 41(a)(1)(A)(i),

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.


IT IS SO ORDERED.

Dated:      December 28, 2011
                                                    CHIEF UNITED STATES DISTRICT JUDGE

1